**GUIDEONE SPECIALTY MUTUAL INSURANCE COMPANY, Plaintiff–Counter Defendant–Appellee,**

v.

**UNITED CHRISTIAN EVANGELISTIC ASSOCIATION OF FLORIDA, LLC, a Florida Corporation, United Christian Evangelistic Association of Florida, Inc., a Florida Corporation, United Christian Evangelistic Association, Inc., Frederick "Ike" Eikerenkooter, Defendants–Counter Claimants–Appellants,**

**Augusto Medina, Defendant–Appellee.**

No. 07–11586
**Non–Argument Calendar.**

United States Court of Appeals,
Eleventh Circuit.

March 18, 2008.

Roderick Flynn Coleman, Boca Raton, FL, for Plaintiff–Counter Defendant–Appellee.

Leonard K. Samuels, Berger Singerman, FT Lauderdale, FL, for Defendants–Counter Claimants–Appellant.

Leonard K. Samuels, Berger Singerman, FT Lauderdale, FL, for Defendant–Appellee.

Before DUBINA, BLACK and PRYOR, Circuit Judges.

PER CURIAM:

Appellants appeal the district court's judgment, after a bench trial, that Appellee GuideOne Specialty Mutual Insurance Company has no duty to defend and/or indemnify Appellants in the underlying action brought against Appellants by Augusto Medina. After reviewing the parties' briefs and the record, we conclude the district court did not err and affirm for the reasons stated in the district court's well-reasoned order of March 9, 2007.

**AFFIRMED.**